IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00569-MEH

THERMO FLUIDS, INC.,

    Plaintiff,

v.

BUCKLEY AIR FORCE BASE, and
URS GROUP, INC.,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 8, 2015.**

    This matter comes before the Court *sua sponte*. In light of Plaintiff's recently filed First Amended Complaint and Demand for Jury Duty (*see* docket #12), Defendant URS Group's Motion to Dismiss [filed April 15, 2015; docket #8] is **denied as moot** with leave to re-file, if Defendant so chooses, in response to the Amended Complaint. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)); *see also Robinson v. Dean Foods Co.*, No. 08-cv-01186-REB-CBS, 2009 WL 723329, at *4 (D. Colo. Mar. 18, 2009) (citation omitted) ("Generally, when an amended complaint is filed, the previous complaint is wiped out and the operative complaint is the most recently filed version.").