**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00569-JLK-MEH

THERMO FLUIDS, INC.,

       Plaintiff,

v.

THE UNITED STATES OF AMERICA; and
URS GROUP, INC., a corporation,

       Defendants.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

THE COURT having reviewed the Joint Motion and Stipulation for Dismissal Without Prejudice (Doc. 44) pursuant to Fed.R.Civ.P. 41(a)(1)(A) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed without Prejudice, with each party to pay her or its own attorney fees and costs. In light of this dismissal, Plaintiff's Motion to Transfer (Doc. 42) is DENIED AS MOOT.

                      BY THE COURT:

Dated: November 10, 2015     *s/John L. Kane*
                                     SENIOR U.S. DISTRICT JUDGE